UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KERMIT PARKER (#119466)                        CIVIL ACTION

VERSUS

W. LEONARD, ET AL.                             NO. 07-0737-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's Complaint shall be dismissed as frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915, without prejudice to any state law claims which the plaintiff may have.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, November 12, 2008.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45608